# EXHIBIT A

09 07884

| AOC-105         Doc. Code: CI<br>Rev. 1-07    08/5/2009 01:57 pm<br>Page 1 of 1          Ver. 1.02<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. _____<br><br>Court  ☑ Circuit ☐ District<br><br>County  Jefferson |
| --- | --- | --- |

                                                                                    **PLAINTIFF**

Texas Capital Bank, N.A. AND Liberty Mutual Insurance Europe Limited Trading As

Liberty International Underwriters, AND Certain Underwriters at Lloyd's London Who Are Members

of Syndicate Nos. 4444, 2003 And 4000 Subscribing to Bond No. FA054730G002

**VS.**

*JEFFERSON CIRCUIT COURT*
*DIVISION FOUR (4)*

First American Trust, FSB                                                      **DEFENDANT**

Serve: Officer or Managing Agent for First American Trust, FSB

5 First American Way, 3rd Floor

Santa Ana                        California                    92707

**Service of Process Agent for Defendant:**

| Kentucky Secretary of State | | |
| --- | --- | --- |
| Summons Division | | |
| 700 Capital Avenue | | |
| Frankfort | Kentucky | 40601 |

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

        You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within 20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

        The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____            _____ Clerk

                                         By: _____ D.C.

---

| **Proof of Service** |
| --- |
| This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: |
| _____ |
| this _____ day of _____, 2_____. |
| Served by: _____ |
| _____ Title |

| | Doc. Code: CI<br>08/5/2009 01:30 pm |  | Case No. | **09 CI 07884** | |
|---|---|---|---|---|---|
| ...ge 1 of 1          Ver. 1.02<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | | | Court | ✓ Circuit ☐ District | |
| | | **CIVIL SUMMONS** | County | Jefferson | |

**PLAINTIFF**

Texas Capital Bank, N.A. AND Liberty Mutual Insurance Europe Limited Trading As

Liberty International Underwriters AND Certain Underwriters at Lloyd's London Who Are Members

of Syndicate Nos. 4444, 2003 And 4000 Subscribing to Bond No. FA054730G002

**VS.**

First American Title Insurance Company

*JEFFERSON CIRCUIT COURT*
*DIVISION FOUR (4)* **DEFENDANT**

**Service of Process Agent for Defendant:**

CSC-Lawyers Incorporating Service Company

421 West Main Street

Frankfort                                               Kentucky                    40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____                                                                    _____Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2_____.

Served by: _____

_____Title

JEFFERSON CIRCUIT COURT
DIVISION FOUR (4)

# COMMONWEALTH OF KENTUCKY

CASE NO. 09 CI 07 8 8 4          **JEFFERSON CIRCUIT COURT**
                                             **DIVISION ____**

**TEXAS CAPITAL BANK, N.A.,**

and

**LIBERTY MUTUAL INSURANCE EUROPE
LIMITED TRADING AS LIBERTY
INTERNATIONAL UNDERWRITERS,**

and

**CERTAIN UNDERWRITERS AT LLOYD'S
LONDON WHO ARE MEMBERS OF
SYNDICATE NOS. 4444, 2003 AND 4000
SUBSCRIBING TO BOND NO. FA054730G002**

Petition and ___11___ Exhibits Fld.
Summons and ___1___ cop. ___/m___ issued

AUG 5 - 2009

Attest: David L. Nicholson, Clerk

By: _____ D.C.

Sum & 2 copies issued
sec of state

                                                                      **PLAINTIFFS**

v.

**FIRST AMERICAN TITLE INSURANCE
COMPANY,**

      Serve:  CSC-Lawyers Incorporating
               Service Company
               421 West Main Street
               Frankfort, Kentucky 40601

and

**FIRST AMERICAN TRUST, FSB,**

      Serve:  Officer or Managing Agent for
               First American Trust, FSB
               5 First American Way, 3rd Floor
               Santa Ana, California  92707

      VIA:  Secretary of State
              Commonwealth of Kentucky
              New Capitol Building
              Frankfort, Kentucky  40601

                                                                      **DEFENDANTS**

## COMPLAINT

Plaintiff Texas Capital Bank, N.A. ("Texas Capital") and its insurers Liberty Mutual Insurance Europe Limited trading as Liberty International Underwriters ("Liberty") and Certain Underwriters at Lloyd's London who are members of Syndicate Nos. 4444, 2003 and 4000 subscribing to Bond No. FA054730g002 ("Lloyd's Underwriters") (Liberty and Lloyd's Underwriters, collectively, "Insurers") (Texas Capital and Insurers, collectively, "Plaintiffs") state the following as their complaint against Defendants First American Title Insurance Company ("First American Title") and First American Trust, FSB ("First American Trust") (collectively, "First American" or "Defendants"). This complaint relates to the mishandling of funds placed in escrow and First American's actions and omissions regarding same.

## THE PARTIES

1.     Texas Capital is a Texas bank with its principal place of business in Dallas, Texas.  Part of Texas Capital's business involves the purchase of interests in residential mortgages from mortgage lenders. The mortgages are then sold to permanent investors located throughout the United States.

2.     Insurers are insurers for Texas Capital.  Insurers have reimbursed Texas Capital for a portion of the loss described in this complaint and have taken assignment of Texas Capital's claims.

3.     First American Title is a California corporation with its principal place of business in Santa Ana, California.  First American Title is licensed to do business in Kentucky and maintains an office at 100 Mallard Creek Road, Suite 400, Louisville Kentucky 40207. First American Title conducts business activities including acting as escrow agent for real estate closings.

4.     First American Trust is a California bank with its principal place of business in California.  First American Trust is, on information and belief, an affiliate of First American Title and is engaged in business activities including facilitating the escrow transactions of First American Title.

### JURISDICTION AND VENUE

5.     The Court has jurisdiction of this civil action under Section 112 of the Kentucky Constitution and KRS § 23A.010.

6.     This Court has personal jurisdiction over the Defendants because they transact business in the Commonwealth of Kentucky.  First American Title is registered with the Kentucky Secretary of State to transact business in Kentucky.  First American Trust is subject to the jurisdiction of this Court pursuant to KRS 454.210 for its acts including but not limited to transacting business in Kentucky, contracting to supply services in Kentucky, and causing tortious injury in Kentucky.

7.     Venue is proper in this Court because all or a substantial part of the events or omissions giving rise to the claims alleged here occurred in Jefferson County.

### FACTS

8.     Prajna Group, Inc. d/b/a Liberty Mortgage Funding ("Prajna") is an Illinois corporation and has or had its principal office at 9300 Shelbyville Road, Suite 400 in Louisville, Kentucky.  Prajna was a residential mortgage licensee that extended residential mortgage loans to consumers in at least eleven (11) states, including Kentucky.

9.     The Defendants conducted a substantial amount of business with Prajna.

10.     On March 7, 2008, Prajna and Texas Capital entered into a mortgage warehousing agreement, pursuant to which, among other things, Texas Capital agreed to fund certain

consumer home mortgage loans originated by Prajna in exchange for a participation or ownership of the majority interest in each of those loans, and the right and ability to sell those loans on the secondary mortgage market.

11.     Venture Title Group, LLC ("Venture") was formed in April 2008.  At all times relevant to this complaint, Venture Title operated as an agent for First American Title.

12.     From approximately March 7, 2008 through early August 2008, Texas Capital wired funds and disbursement instructions for the Defendants and Venture Title, as agent for First American Title, to hold funds in escrow to fund the closing of home loans originated by Prajna and to purchase interests in those mortgage loans.

13.     Such transactions reflect a contract, both express and implied, between Texas Capital and the Defendants whereby Texas Capital agreed to wire funds to the Defendants and the Defendants agreed to disburse the funds as authorized by Texas Capital and to complete the loans for which the funds were advanced (the "Contract").

14.     Approximately 29 such transactions were closed pursuant to the Contract, with Defendants completing the loans and disbursing the funds for the closings of the loans for which the funds were advanced.

**The First American Loans**

15.     On or about June 27, 2008, Texas Capital received instructions for wiring money to the Defendants for purposes of funding and closing a home loan originated by Prajna to borrower Charles Kerekes, for which closing the Defendants were to act as escrow agent (the "Kerekes Loan").  On or about June 27, 2008, Texas Capital wired to the Defendants as escrow agent $132,079.90 for the Kerekes Loan.  The wiring instructions for the Kerekes Loan are attached and incorporated here as **Exhibit 1**.

16.     As escrow agent, the Defendants had a duty to close the loan and disburse the Kerekes Loan funds to the seller of, or existing lienholders on, the real property that was to secure repayment of the Kerekes Loan.  If the Defendants understood that they would not serve as escrow agent, they had a duty to remit or return the funds to Texas Capital.  Instead, the Defendants transferred all or substantially all of the Kerekes Loan funds to Prajna without the knowledge or consent of Texas Capital.

17.     On or about July 3, 2008, Texas Capital received wiring instructions for wiring money to the Defendants for purposes of funding and closing a home loan originated by Prajna to borrower Ronald Neff, for which closing the Defendants were to act as escrow agent (the "Neff Loan").  On or about July 3, 2008, Texas Capital wired to the Defendants as escrow agent $331,740.00 for the Neff Loan.  The wiring instructions for the Neff Loan are attached and incorporated here as **Exhibit 2**.

18.     As escrow agent, the Defendants had a duty to close the loan and disburse the Neff Loan funds to the seller of, or existing lienholders on, the real property that was to secure repayment of the Neff Loan.  If the Defendants understood that they would not serve as escrow agent, they had a duty to remit or return the funds to Texas Capital.  Instead, the Defendants transferred all or substantially all of the Neff Loan funds to Prajna without the knowledge or consent of Texas Capital.

19.     On or about July 10, 2008, Texas Capital received instructions for wiring money to the Defendants for purposes of funding and closing a home loan originated by Prajna to borrower  Glen MacPherson, for which closing the Defendants were to act as escrow agent (the "MacPherson Loan").  On or about July 10, 2008, Texas Capital wired to the Defendants as escrow agent $302,620.40 for the MacPherson Loan.   The wiring instructions for the

5

MacPherson Loan are attached and incorporated here as **Exhibit 3**.

20.     As escrow agent, the Defendants had a duty to close the loan and disburse the MacPherson Loan funds to the seller of, or existing lienholders on, the real property that was to secure repayment of the MacPherson Loan.  If the Defendants understood that they would not serve as escrow agent, they had a duty to remit or return the funds to Texas Capital.  Instead, the Defendants transferred all or substantially all of the MacPherson Loan funds to Prajna without the knowledge or consent of Texas Capital.

21.     On or about July 10, 2008, Texas Capital received instructions for wiring money to the Defendants for purposes of funding and closing a home loan originated by Prajna to borrower Tom Triolo, for which closing the Defendants were to act as escrow agent (the "Triolo Loan").  On or about July 11, 2008, Texas Capital wired to the Defendants as escrow agent $368,334.90 for the Triolo Loan.  The wiring instructions for the Triolo Loan are attached and incorporated here as **Exhibit 4**.

22.     As escrow agent, the Defendants had a duty to close the loan and disburse the Triolo Loan funds to the seller of, or existing lienholders on, the real property that was to secure repayment of the Triolo Loan.  If the Defendants understood that they would not serve as escrow agent, they had a duty to remit or return the funds to Texas Capital.  Instead, the Defendants transferred all or substantially all of the Triolo Loan funds to Prajna without the knowledge or consent of Texas Capital.

23.     On or about July 11, 2008, Texas Capital received instructions for wiring money to the Defendants for purposes of funding and closing a home loan originated by Prajna to borrower Angel Garcia, for which closing the Defendants were to act as escrow agent (the "Garcia Loan").  On or about July 14, 2008, Texas Capital wired to the Defendants as escrow

6

agent $402,204.79 for the Garcia Loan. The wiring instructions for the Garcia Loan are attached and incorporated here as **Exhibit 5**.

24.    As escrow agent, the Defendants had a duty to close the loan and disburse the Garcia Loan funds to the seller of, or existing lienholders on, the real property that was to secure repayment of the Garcia Loan. If the Defendants understood that they would not serve as escrow agent, they had a duty to remit or return the funds to Texas Capital. Instead, the Defendants transferred all or substantially all of the Garcia Loan funds to Prajna without the knowledge or consent of Texas Capital.

25.    On or about July 11, 2008, Texas Capital received instructions for wiring money to the Defendants for purposes of funding and closing a home loan originated by Prajna to borrower Bonnie Yarbrough, for which closing the Defendants were to act as escrow agent (the "Yarbrough Loan"). On or about July 14, 2008, Texas Capital wired to the Defendants as escrow agent $377,668.45 for the Yarbrough Loan. The wiring instructions for the Yarbrough Loan are attached and incorporated here as **Exhibit 6**. (The Kerekes Loan, the Neff Loan, the MacPherson Loan, the Triolo Loan, the Garcia Loan, and the Yarbrough Loan, collectively, the "First American Loans").

26.    As escrow agent, the Defendants had a duty to close the loan and disburse the Yarbrough Loan funds to the seller of, or existing lienholders on, the real property that was to secure repayment of the Yarbrough Loan. If the Defendants understood that they would not serve as escrow agent, they had a duty to remit or return the funds to Texas Capital. Instead, the Defendants transferred all or substantially all of the Yarbrough Loan funds to Prajna without the knowledge or consent of Texas Capital. (The funds transferred from Texas Capital for purposes of funding the First American Loans, the "First American Loan Escrow Funds").

27.     The First American Loan Escrow Funds were held by First American at First American Trust.

28.     First American Title has represented that after it received from Texas Capital the First American Loan Escrow Funds, Prajna represented to the Defendants that a different escrow agent would act as closing agent for the loans and asked the Defendants to send the First American Loan Escrow Funds for each of the First American Loans to Prajna itself, rather than return them to Texas Capital (the "Prajna Request For Funds").

29.     The Defendants failed to inform Texas Capital of the Prajna Request For Funds. The Defendants transferred the First American Loan Escrow Funds to Prajna, without Texas Capital's knowledge or consent.

30.     Prajna never had actual or apparent authority from Texas Capital for purposes of disbursing funds other than for the closing of loans completed by Defendants for which those funds were advanced.

31.     Had the Defendants informed Texas Capital of the Prajna Request For Funds, Texas Capital would not have suffered the loss sought to be recovered in this complaint.

**The Venture Title Loans**

32.     On or about July 15, 2008, Texas Capital received instructions for wiring money to Venture Title for purposes of funding and closing a home loan originated by Prajna to borrower Sturgess Killik, for which closing Venture Title, as agent for First American Title, was to act as escrow agent (the "Killik Loan"). On or about July 16, 2008, Texas Capital wired to a National City Bank account held in the name of Venture Title $267,235.00 for the Killik Loan. The wiring instructions for the Killik Loan are attached and incorporated here as **Exhibit 7**.

33.     The Killik Loan did not close, but the Killik Loan funds have not been returned to

Texas Capital. Upon information and belief, the Killik Loan funds were transferred to Prajna without Texas Capital's knowledge.

34.     On or about July 22, 2008, Texas Capital received instructions for wiring money to Venture Title for purposes of funding and closing a home loan originated by Prajna to borrower Clayton Pesillo, for which closing Venture Title, as agent for First American Title, was to act as escrow agent (the "Pesillo Loan").  On or about July 23, 2008 Texas Capital wired to a National City Bank account held in the name of Venture Title $294,880.00 for the Pesillo Loan. The wiring instructions for the Pesillo Loan are attached and incorporated here as **Exhibit 8**.

35.     The Pesillo Loan did not close, but the Pesillo Loan funds have not been returned to Texas Capital. Upon information and belief, the Pesillo Loan funds were transferred to Prajna without Texas Capital's knowledge.

36.     On or about July 22, 2008, Texas Capital received instructions for wiring money to Venture Title for purposes of funding and closing a home loan originated by Prajna to borrower Nicholaos Mitsinicos, for which closing Venture Title, as agent for First American Title, was to act as escrow agent (the "Mitsinicos Loan").  On or about July 23, 2008, Texas Capital wired to a National City Bank account held in the name of Venture Title $256,222.59 for the Mitsinicos Loan.   The wiring instructions for the Mitsinicos Loan are attached and incorporated here as **Exhibit 9**.

37.     The Mitsinicos Loan did not close, but the Mitsinicos Loan funds have not been returned to Texas Capital. Upon information and belief, the Mitsinicos Loan funds were transferred to Prajna without Texas Capital's knowledge.

38.     On or about July 25, 2008, Texas Capital received instructions for wiring money to Venture Title for purposes of funding and closing a home loan originated by Prajna to

borrower John Cravens, for which closing Venture Title, itself and as agent for First American Title, was to act as escrow agent (the "Cravens Loan"). On or about July 28, 2008, Texas Capital wired to a National City Bank account held in the name of Venture Title $241,064.40 for the Cravens Loan. The wiring instructions for the Cravens Loan are attached and incorporated here as **Exhibit 10**.

39.     The Cravens Loan did not close, but the Cravens Loan funds have not been returned to Texas Capital.  Upon information and belief, the Cravens Loan funds were transferred to Prajna without Texas Capital's knowledge.

40.     On or about August 6, 2008, Texas Capital received instructions for wiring money to Venture Title for purposes of funding and closing a home loan originated by Prajna to borrower Troy Verrett, for which closing Venture Title, itself and as agent for First American Title, was to act as escrow agent (the "Verrett"). On or about August 6, 2008, Texas Capital wired to a National City Bank account held in the name of Venture Title $274,005.62 for the Verrett Loan. The wiring instructions for the Verrett Loan are attached and incorporated here as **Exhibit 11**. (The Killik Loan, the Pesillo Loan, the Mitsinicos Loan, the Cravens Loan, and the Verrett Loan, collectively, the "Venture Title Loans").

41.     The Verrett Loan did not close, but the Verrett Loan funds have not been returned to Texas Capital.  Upon information and belief, the Verrett Loan funds were transferred to Prajna without Texas Capital's knowledge. (The funds transferred from Texas Capital for purposes of funding the Venture Title Loans, the "Venture Title Loan Escrow Funds"). (The First American Loan Escrow Funds and the Venture Title Loan Escrow Funds, collectively, the "Loan Escrow Funds").

42.     First American Title is liable for any acts and omissions of Venture Title as its

agent with respect to the Venture Title Loans.

43.    Had the Defendants informed Texas Capital of the Prajna Request For Funds, Texas Capital would not have funded any of the Venture Title Loans, and would not have suffered the loss sought to be recovered in this complaint.

### *In re Prajna Group, Inc.*

44.    Prajna filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Western District of Kentucky on August 20, 2008. *See In re Prajna Group, Inc.*, No. 08-33673 (Bankr. W.D. Ky. filed Aug. 20, 2008).

45.    After Prajna's bankruptcy filing, Texas Capital learned that the First American Loans and the Venture Title Loans were fraudulent—i.e., that the designated borrower on each was fictional or was unaware of and had not consented to the loan.

46.    The Defendants did not use the First American Loan Escrow Funds as authorized and have wrongfully declined to return such funds to Texas Capital.

47.    After Prajna's bankruptcy filing, Texas Capital learned that the Defendants had wrongfully transferred the First American Loan Escrow Funds to Prajna.

48.    The Defendants' failure to inform Texas Capital of the Prajna Request For Funds was wrongful, contrary to its agreement with Texas Capital, and in breach of its duties to Texas Capital.

49.    The Defendants' transfer of the First American Loan Escrow Funds to Prajna or other persons or entities was wrongful, being without authority, contrary to its agreement with Texas Capital, and in breach of its duties to Texas Capital.

50.    Texas Capital has suffered a total loss of not less than $3,248,056.05 as a result of the Defendants' actions and omissions including, but not necessarily limited to, those described

above.

## COUNT I
### Breach of Contract
(The Defendants)

51.     The Plaintiffs restate and incorporate by reference the allegations set forth in Paragraphs 1 through 50 above as if fully set forth here.

52.     The Defendants breached the Contract by acts and omissions including but not necessarily limited to:

> (a) failing to comply with Texas Capital's directions regarding disbursement of the First American Loan Escrow Funds without Texas Capital's knowledge or consent;

> (b) disbursing the First American Loan Escrow Funds when the conditions precedent to disbursal had not been satisfied without Texas Capital's knowledge or consent;

> (c) transferring the First American Loan Escrow Funds to Prajna or other unknown persons or entities without Texas Capital's knowledge or consent;

> (d) failing to inform Texas Capital of the Prajna Request For Funds; and

> (e) failing to remit or return the First American Loan Escrow Funds to Texas Capital.

53.     As a result of the Defendants' breach of contract, Texas Capital suffered a loss of not less than $3,248,056.05, for which the Plaintiffs seek judgment.

## COUNT II
### Liability under Cal. U. Com. Code § 11302
(First American Trust)

54.     The Plaintiffs restate and incorporate by reference the allegations set forth in Paragraphs 1 through 53 above as if fully set forth here.

55.     Pursuant to Cal. U. Com. Code § 11302, First American Trust, was "obliged to issue, on the execution date, a payment order complying with [Texas Capital's] order . . . ."

56.    First American Trust, acting for the Defendants, failed to meet this obligation by transferring the First American Loan Escrow Funds to Prajna in violation of Texas Capital's wire instructions.

57.    As a result of First American Trust's failure to meet this obligation, Texas Capital suffered a loss of not less than $1,914,648.44, for which the Plaintiffs seek judgment against First American Trust.

**COUNT III**
**Negligence**
(The Defendants)

58.    The Plaintiffs restate and incorporate by reference the allegations set forth in Paragraphs 1 through 57 above as if fully set forth here.

59.    The Defendants owed to Texas Capital duties including but not necessarily limited to the duty to act with reasonable care and to follow Texas Capital's instructions with respect to the First American Loan Escrow Funds.

60.    The Defendants breached such duties by failing to notify Texas Capital of irregularities regarding the First American Loans.

61.    The Defendants breached such duties by wrongfully disbursing the First American Loan Escrow Funds when the conditions precedent to disbursement had not been satisfied.

62.    The Defendants breached such duties by failing to remit or return the First American Loan Escrow Funds to Texas Capital.

63.    As a result of each of the breaches of duty to Texas Capital by Defendants, Texas Capital suffered a loss of not less than $3,248,056.05, for which the Plaintiffs seek judgment.

## COUNT IV
### Professional Negligence
(The Defendants)

64.     The Plaintiffs restate and incorporate by reference the allegations set forth in Paragraphs 1 through 63 above as if fully set forth here.

65.     The Defendants owed to Texas Capital a duty to act as a reasonably prudent title insurance company, escrow agent, and escrow bank with respect to the First American Loan Escrow Funds.

66.     The Defendants breached such duties by failing to notify Texas Capital of irregularities regarding the First American Loans.

67.     The Defendants breached such duty by wrongfully disbursing the First American Loan Escrow Funds when the conditions precedent to disbursement had not been satisfied.

68.     The Defendants breached such duties by failing to remit or return the First American Loan Escrow Funds to Texas Capital.

69.     As a result of each of the breaches of duty to Texas Capital by Defendants, Texas Capital suffered a loss of not less than $3,248,056.05, for which the Plaintiffs seek judgment.

## COUNT V
### Breach of Fiduciary Duty
(The Defendants)

70.     The Plaintiffs restate and incorporate by reference the allegations set forth in Paragraphs 1 through 69 above as if fully set forth here.

71.     The Defendants owed a fiduciary duty as an escrow agent to Texas Capital.

72.     The Defendants breached such duty by failing to notify Texas Capital of certain irregularities regarding the First American Loans.

73.     The Defendants breached such duty by wrongfully disbursing the First American

14

Loan Escrow Funds when the conditions precedent to disbursement had not been satisfied.

74.     The Defendants breached such duty by failing to remit or return the First American Loan Escrow Funds to Texas Capital.

75.     As a result of the Defendants' breach of its duty to Texas Capital, Texas Capital suffered a loss of not less than $3,248,056.05, for which The Plaintiffs seek judgment.

**COUNT VI**
**Assumpsit For Money Had And Received**
(The Defendants)

76.     The Plaintiffs restate and incorporate by reference the allegations set forth in Paragraphs 1 through 75 above as if fully set forth here.

77.     Texas Capital transferred the Loan Escrow Funds to First American and Venture Title for the purpose of obtaining certain enforceable and valid notes.

78.     As a result of the Defendants' actions and omissions, Texas Capital transferred escrow funds and did not obtain enforceable and valid notes in exchange for the funds transferred.

79.     As a result, Texas Capital suffered a loss in an amount to be determined, for which the Plaintiffs seek judgment.

**PRAYER FOR RELIEF**

WHEREFORE, The Plaintiffs pray for judgment on all counts and seeks relief as follows:

A.     Judgment for the Plaintiffs against each Defendant, jointly and severally, in the amount of $3,248,056.05;

B.     Judgment for the Plaintiffs against each Defendant, jointly and severally, for prejudgment and post-judgment interest;

C.     Judgment for the Plaintiffs against each Defendant, jointly and severally, for the costs and expenses of this action including reasonable attorney fees; and

15

D.    All other relief to which the Plaintiffs are entitled.


Respectfully submitted,


_____
Lea Pauley Goff
Lee Webb
Matthew R. Lindblom
Stoll Keenon Ogden PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202-2828
Telephone: (502) 333-6000
Fax: (502) 333-6099

*Counsel for Plaintiffs Texas Capital Bank,
N.A., Liberty Mutual Insurance Europe Limited
trading as Liberty International Underwriters,
and Certain Underwriters at Lloyd's London
who are members of Syndicate Nos. 4444,
2003 and 4000 subscribing to Bond No.
FA054730g002*

111446.131832/589908.3

# EXHIBIT 1

Jun. 27. 2008 12:03PM   Liberty Mortgage                                    No. 7058   P. 18/29



# Wiring Instructions

*for*

**First American Title Insurance Company**
Louisville Office, #2087
100 Mallard Creek Road, Suite 400
Louisville, KY 40207-5137
(502-315-1650)

# First American Trust Bank
# 5 First American Way
# Santa Ana, CA 92707-5913

| ABA#: | 122241255 |
|---|---|
| Account#: | ███████████ |
| Reference: | 2087-1929789 / Kerekes |

*Outgoing Message Print*

**Date:** 12-05-2008                                                      **Time:** 12:21:36

## Message Information

| | | | | | |
|---|---|---|---|---|---|
| Amount: | 132,079.90 | Message ID: | 080627160308XI04 | Source: | Original |
| Currency: | USD | Latest Version: | 0 | Priority: | Medium |
| Value date: | 2008-05-27 | Time: | 16:03:08 | URC: | MAXXWIRE |
| Bank ID: | 001 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 - Regular Funds Transfer Message | | | | |
| Message Subtype: | 00 - Transfer of Funds | | | | |
| Fee: | 0.00 | Service: | MAX | Branch: | 001BR615 |
| Ref No.: | 080627160308XI04 | External Ref.: | | Template: | |

## Message Text - Version     0

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 111017979 | Sender Name: | | Ref No.: | 080527160308XI04 |
| Recvr ABA: | 122241255 | Recvr Name: | First American Tru | Ref For Beneficiary: | |
| Account Bank ID: | 001 | Account: | ▇▇▇▇ | Acc. Type: | GLA | Prod. Code: | CTR |
| Ref IMAD: | | | | As of Date: | |
| Imad: | 20080627K1B7041C000914 | As of Reason: | | | |
| Omad: | 20080627L1B76J1C00404006271700FT01 | Disposition: | | | |

**Originator**                                                **Originator Bank**

ACC NO          ▇▇▇▇▇▇▇
Texas Capital Bank
6060 North Central Expressway
Suite 800
Dallas, TX 75206

**Beneficiary**                                               **Beneficiary Bank**

ACC NO          ▇▇▇▇▇▇
First American Title Co.
100 Mallard Creek Rd :WA:
Ste 400
Louisville          KY

**Intermediary Bank**                                         **Instructing Bank**

**Drawdown Debit Account**                                    **Drawdown Credit Account**

                                                              **Initiator ID:**

**Originator Bank Info:**     GF Nbr:2087-1929789/KerekesRegarding: Charles Kerekes

**Free Text:**

⑫

# EXHIBIT 2



First   American   Title   Co

# Wiring Instructions

*for*

**First American Title Insurance Company**
**Louisville Office, #2087**
**100 Mallard Creek Road, Suite 400**
**Louisville, KY 40207-5137**
**(502-315-1650)**

# First American Trust Bank
# 5 First American Way
# Santa Ana, CA 92707-5913

| ABA#: | **122241255** |
|---|---|
| Account#: | ██████████ |
| Reference: | 2087-192994 / Neff |

*Outgoing Message Print*

**Date:** *12-05-2008*                                                    **Time:** *12:22:11*

### Message Information

| | | | | |
|---|---|---|---|---|
| Amount: | 331,740.00 | Message ID: | 080703163209XI06 | Source: | Original |
| Currency: | USD | Latest Version: | 0 | Priority: | Medium |
| Value date: | 2008-07-03 | Time: | 16:32:09 | URC: | MAXXWIRE |
| Bank ID: | 001 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 - Regular Funds Transfer Message | | | | |
| Message Subtype: | 09 - Transfer of Funds | | | | |
| Fee: | 0.00 | Service: | MAX | Branch: | 001BR615 |
| Ref No.: | 080703163209XI06 | External Ref.: | | Template: | |

### Message Text - Version       0

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 111017979 | Sender Name: | | Ref No.: | 080703163209XI06 |
| Recvr ABA: | 122241255 | Recvr Name: | First American Tru | Ref For Beneficiary: | |
| Account.Bank ID: | 001 | Account: | ▉▉▉▉ | Acc. Type: | GLA | Prod. Code: | CTR |
| Ref IMAD: | | As of Reason: | | As of Date: | |
| Imad: | 20080703K1B7041C000711 | Disposition: | | | |
| Omad: | 20080703L1B78J1C00204807031728FT01 | | | | |

**Originator**                                          **Originator Bank**

ACC NO       ▉▉▉▉▉▉▉▉
Texas Capital Bank
6060 North Central Expressway
Suite 800
Dallas, TX 75206

**Beneficiary**                                         **Beneficiary Bank**

ACC NO       ▉▉▉▉▉▉
First American Title Co.
100 Mallard Creek Rd :WA:
Ste 400
Louisville      KY

**Intermediary Bank**                                   **Instructing Bank**

**Drawdown Debit Account**                              **Drawdown Credit Account**

                                                        **Initiator ID:**

**Originator Bank Info:**      GF Nbr:2087-192994/NeffRegarding: Ronald Neff

**Free Text:**

# EXHIBIT 3



First   American   Title   Co

# Wiring Instructions

*for*

### First American Title Insurance Company
Louisville Office, #2087
100 Mallard Creek Road, Suite 400
Louisville, KY 40207-5137
(502-315-1650)

---

## First American Trust Bank
## 5 First American Way
## Santa Ana, CA 92707-5913

| ABA#: | 122241255 |
|---|---|
| Account#: | ██████████ |
| Reference: | 2087-1939321 Macpherson |

## *Outgoing Message Print*

**Date:** 12-05-2008                                         **Time:** 12:22:46

### Message Information

| | | | | | |
|---|---|---|---|---|---|
| Amount: | 302,620.40 | Message ID: | 080710150234XI03 | Source: | Original |
| Currency: | USD | Latest Version: | 0 | Priority: | Medium |
| Value date: | 2008-07-10 | Time: | 15:02:34 | URC: | MAXXWIRE |
| Bank ID: | 001 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 - Regular Funds Transfer Message | | | | |
| Message Subtype: | 00 - Transfer of Funds | | | | |
| Fee: | 0.00 | Service: | MAX | Branch: | 001BR61S |
| Ref No.: | 080710150234XI03 | External Ref.: | | Template: | |

### Message Text - Version   0

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 111017979 | Sender Name: | | Ref No.: | 080710150234XI03 |
| Recvr ABA: | 122241255 | Recvr Name: | First American Tru | Ref For Beneficiary: | |
| Account Bank ID: | 001 | Account: | ▓▓▓▓ | Acc. Type: GLA | Prod. Code: CTR |
| Ref IMAD: | | As of Reason: | | As of Date: | |
| Imad: | 20080710K1B7041C000372 | Disposition: | | | |
| Omad: | 20080710L1B78J1C00152407101600FT01 | | | | |

**Originator**                                          **Originator Bank**

ACC NO  ▓▓▓▓▓▓
Texas Capital Bank
8080 North Central Expressway
Suite 800
Dallas, TX  75206

**Beneficiary**                                          **Beneficiary Bank**

ACC NO  ▓▓▓▓▓▓
First American Title Co.
100 Mallard Creek Rd :WA:
Ste 400
Louisville          KY

**Intermediary Bank**                                    **Instructing Bank**

**Drawdown Debit Account**                               **Drawdown Credit Account**

                                                         **Initiator ID:**

**Originator Bank Info:**     GF Nbr:20871939321MacphersoRegarding: Glenn MacPherson

**Free Text:**

(33)

# EXHIBIT 4

Jul. 10. 2008 12:23PM   Liberty Mortgage                        No. 7248   P. 19



First American Title Co.

# Wiring Instructions

*for*

**First American Title Insurance Company**
**Louisville Office, #2087**
**100 Mallard Creek Road, Suite 400**
**Louisville, KY 40207-5137**
**(502-315-1650)**

---

# First American Trust Bank
# 5 First American Way
# Santa Ana, CA 92707-5913

| ABA#: | 122241255 |
|---|---|
| Account#: | ██████████ |
| Reference: | TRIOLO |

*Outgoing Message Print*

**Date:** 12-05-2008                                                                 **Time:** 12:23:21

## Message Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Amount: | 368,334.90 | Message ID: | 080711100259XI07 | Source: | Original |
| Currency: | USD | Latest Version: | 0 | Priority: | Medium |
| Value date: | 2008-07-11 | Time: | 10.02:59 | URC: | MAXXWIRE |
| Bank ID: | 001 | Department: | WIR | Status: | COMPLETE |

Message Type:       10 - Regular Funds Transfer Message
Message Subtype:    00 - Transfer of Funds

| Fee: | 0.00 | Service: | MAX | Branch: | 001BR615 |
|---|---|---|---|---|---|
| Ref No.: | 080711100259XI07 | External Ref.: | | Template: | |

## Message Text - Version       0

| | | | | | | |
|---|---|---|---|---|---|---|
| Sender ABA: | 111017979 | Sender Name: | | Ref No.: | 080711100259XI07 |
| Recvr ABA: | 122241255 | Recvr Name: | First American Tru | Ref For Beneficiary: | |
| Account Bank ID: | 001 | Account: | | Acc. Type: | GLA | Prod. Code: | CTR |
| Ref IMAD: | | | As of Reason: | | As of Date: | |
| Imad: | 20080711K1B7041C000101 | | Disposition: | |
| Omad: | 20080711L1B78J1C0006D607111100FT01 | | | |

**Originator**                                             **Originator Bank**
ACC NO
Texas Capital Bank
6060 North Central Expressway
Suite 600
Dallas, TX  75206

**Beneficiary**                                            **Beneficiary Bank**
ACC NO
First American Title Co.
100 Mallard Creek Rd :WA:
Ste 400
Louisville            KY

**Intermediary Bank**                                      **Instructing Bank**

**Drawdown Debit Account**                                 **Drawdown Credit Account**

                                                           Initiator ID:

Originator Bank Info:     GF Nbr:TrioloRegarding: Tom Triolo

Free Text:

# EXHIBIT 5

Jul. 11. 2008 12:22PM   Liberty Mortgage                    No. 7275   P. 19



# Wiring Instructions

*for*

**First American Title Insurance Company**
**Louisville Office, #2087**
**100 Mallard Creek Road, Suite 400**
**Louisville, KY 40207-5137**
**(502-315-1650)**

# First American Trust Bank
# 5 First American Way
# Santa Ana, CA 92707-5913

| ABA#: | **122241255** | |
|-------|---------------|---|
| Account#: | ██████████ | |
| Reference: | Garcia | |

*Outgoing Message Print*

**Date:** *12-05-2008*                                    **Time:** *12:24:16*

## Message Information

| | | | | | |
|---|---|---|---|---|---|
| Amount: | 402,204.79 | Message ID: | 080714083223XI04 | Source: | Original |
| Currency: | USD | Latest Version: | 0 | Priority: | Medium |
| Vslue date: | 2008-07-14 | Time: | 08:34:23 | URC: | |
| Bank ID: | 001 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 - Regular Funds Transfer Message | | | | |
| Message Subtype: | 00 - Transfer of Funds | | | | |
| Fee: | 0.00 | Service: | MAX | Branch: | 001BR615 |
| Ref No.: | 080714083223XI04 | External Ref.: | | Template: | |

## Message Text - Version    0

| | | | | | | |
|---|---|---|---|---|---|---|
| Sender ABA: | 111017979 | Sender Name: | | Ref No.: | 080714083223XI04 | |
| Recvr ABA: | 122241255 | Recvr Name: | First American Tru | Ref For Beneficiary: | | |
| Account Bank ID: | 001 | Account: | ▮▮▮▮ | Acc. Type: GLA | Prod. Code: CTR | |
| Ref IMAD: | | | As of Reason: | As of Date: | | |
| Imad: | 20080714K1B7041C000025 | Disposition: | | | | |
| Omad: | 20080714L1B78J1C00023307140931FT01 | | | | | |

**Originator**                                    Originator Bank

ACC NO        ▮▮▮▮▮▮▮▮
Texas Capital Bank
6060 North Central Expressway
Suite 800
Dallas, TX  75206

**Beneficiary**                                    Beneficiary Bank

ACC NO        ▮▮▮▮▮▮▮▮
First American Title Co.
100 Mallard Creek Rd :WA.
Ste 400
Louisville        KY

**Intermediary Bank**                                    Instructing Bank

**Drawdown Debit Account**                    **Drawdown Credit Account**

Initiator ID:

Originator Bank Info:        GF Nbr GarciaRegarding: Angel Garcia

Free Text:

(27)

# EXHIBIT 6

Jul. 11. 2008 2:32PM   Liberty Mortgage                    No. 7278   P. 19



First American Title Co

# Wiring Instructions

*for*

First American Title Insurance Company
Louisville Office, #2087
100 Mallard Creek Road, Suite 400
Louisville, KY 40207-5137
(502-315-1650)

# First American Trust Bank
# 5 First American Way
# Santa Ana, CA 92707-5913

| ABA#: | 122241255 |
|---|---|
| Account#: | ███████████ |
| Reference: | Yarbrough |

*Outgoing Message Print*

**Date:** *12-05-2008*                                    **Time:** *12:23:52*

## Message Information

| | | | | | |
|---|---|---|---|---|---|
| Amount: | 377,668.45 | Message ID: | 080714103234XI06 | Source: | Original |
| Currency: | USD | Latest Version: | 0 | Priority: | Medium |
| Value date: | 2008-07-14 | Time: | 10:32:34 | URC: | MAXXWIRE |
| Bank ID: | 001 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 - Regular Funds Transfer Message | | | | |
| Message Subtype: | 00 - Transfer of Funds | | | | |
| Fee: | 0.00 | Service: | MAX | Branch: | 001BR615 |
| Ref No.: | 080714103234XI06 | External Ref.: | | Template: | |

## Message Text - Version   0

| | | | | |
|---|---|---|---|---|
| Sender ABA: | 111017979 | Sender Name: | Ref No.: | 080714103234XI06 |
| Recvr ABA: | 122241255 | Recvr Name: First American Tru | Ref For Beneficiary: | |
| Account Bank ID: | 001 | Account: ▉ | Acc. Type: GLA | Prod. Code: CTR |
| Ref IMAD: | | | As of Reason: | |
| Imad: | 20080714K1B7041C000094 | | Disposition: | |
| Omad: | 20080714L1B78J1C0005460714129FT01 | | As of Date: | |

**Originator**

ACC NO ▉
Texas Capital Bank
6060 North Central Expressway
Suite 800
Dallas, TX  75206

**Originator Bank**

**Beneficiary**

ACC NO ▉
First American Title Co.
100 Mallard Creek Rd .WA:
Ste 400
Louisville         KY

**Beneficiary Bank**

**Intermediary Bank**

**Instructing Bank**

**Drawdown Debit Account**

**Drawdown Credit Account**

Initiator ID:

**Originator Bank Info:**    GF Nbr Yarbrough Regarding: Bonnie Yarbrough

**Free Text:**

(24)

# EXHIBIT 7

Jul. 15. 2008  5:07PM    Liberty Mortgage                              No. 7326   P. 18

# Venture Title Group, LLC

136 Mallard Creek Road
Suite 400
Louisville, KY 46207

## Wiring Instructions

**Bank Name:**        National City Bank

**ABA/Routing:**      083000056

**Account Name:**     Venture Title Group

**Account #:**        ████████████

**Reference:**        Commitment #2199-1000001239 - Kihlk

Henry, Stephen

| | |
|---|---|
| From: | Wireroom@texascapitalbank.com |
| Sent: | Wednesday, July 16, 2008 2:34 PM |
| To: | Mortgage Warehousing |
| Subject: | [Cust Out Wire Advice - eMail] Message ID:080716143232XI10 Advice Code:OTCSADEM |

```
                    TEXAS CAPITAL BANK
                Outgoing Wire Transfer Advice
                      E-mail Receipt
=================================================================
```

Dear Customer:  WAREHOUSE LENDING

This e-mail notification serves as immediate notification, that the following wire
transfer was originated from account number ██████████.  If you have any questions,
please contact the wire transfer department at 972-560-4572.

Dollar Amount:      $267235.00

                            * * *

Sender Reference:   080716143232XI10
DATE:               2008-07-16 00:00:00
TIME:               14:32:32

FED Reference:      20080716K1B7041C000403

Receiver ABA:       083000056
Receiver Name:      National City Bank

                            * * *

Beneficiary:
Venture Title Group, LLC

Beneficiary Bank:


Originator Bank Information:
GF Nbr:KillikRegarding: Sturgess Killik
                            * * *

Bank to Bank and all other FRB info fields


*****E-MAIL REPLIES WILL BE RETURNED AS UNDELIVERABLE*****

                            * * *
=================================================================

9

# EXHIBIT 8

Jul. 22. 2008  10:18PM   Liberty Mortgage                    No. 7401   P. 18

# Venture Title Group, LLC

100 Mallard Creek Road
Suite 400
Louisville, KY 40207

## Wiring Instructions

**Bank Name:**        National City Bank

**ABA/Routing:**      083000056

**Account Name:**     Venture Title Group

**Account #:**        ▓▓▓▓▓▓▓▓

**Reference:**        Commitment #2199-1000001326 - Pesillo

Henry, Stephen

From:            Wireroom@texascapitalbank.com
Sent:            Wednesday, July 23, 2008 2:04 PM
To:              Mortgage Warehousing
Subject:         [Cust Out Wire Advice - eMail] Message ID:080723140248XI09 Advice Code:OTCSADEM


                        TEXAS CAPITAL BANK
                   Outgoing Wire Transfer Advice
                        E-mail Receipt
================================================================

Dear Customer:   WAREHOUSE LENDING

This e-mail notification serves as immediate notification, that the following wire
transfer was originated from account number ████████.  If you have any questions,
please contact the wire transfer department at 972-560-4572.

Dollar Amount:   $294860.00

                           * * *
Sender Reference: 080723140248XI09
DATE:             2008-07-23 00:00:00
TIME:             14:02:48

FED Reference:    20080723K1B7041C000393

Receiver ABA:     083000056
Receiver Name:    National City Bank

                           * * *
Beneficiary:
Venture Title Group, LLC

Beneficiary Bank:


Originator Bank Information:
GF Nbr:PesilloRegarding: Clayton Pesillo
                           * * *
Bank to Bank and all other FRB info fields


*****E-MAIL REPLIES WILL BE RETURNED AS UNDELIVERABLE*****
                           * * *
================================================================


6

# EXHIBIT 9

# Venture Title Group, LLC

190 Mallard Creek Road
Suite 400
Louisville, KY 40207

## Wiring Instructions

**Bank Name:**       **National City Bank**

**ABA/Routing:**     **083000056**

**Account Name:**    **Venture Title Group**

**Account #:**       ████████

**Reference:**       **Commitment #2199-1000001351 - Mitsinices**

Henry, Stephen

From:           Wireroom@texascapitalbank.com
Sent:           Wednesday, July 23, 2008 4:04 PM
To:             Mortgage Warehousing
Subject:        [Cust Out Wire Advice - eMail] Message ID:080723160255XI21 Advice Code:OTCSADEM


                        TEXAS CAPITAL BANK
                    Outgoing Wire Transfer Advice
                          E-mail Receipt
=============================================================

Dear Customer:  WAREHOUSE LENDING

This e-mail notification serves as immediate notification, that the following wire
transfer was originated from account number ██████████. If you have any questions,
please contact the wire transfer department at 972-560-4572.

Dollar Amount:     $256222.59
                            * * *
Sender Reference:  080723160255XI21
DATE:              2008-07-23 00:00:00
TIME:              16:02:55

FED Reference:     20080723K1B7041C000528

Receiver ABA:      083000056
Receiver Name:     National City Bank
                            * * *
Beneficiary:
Venture Title Group, LLC

Beneficiary Bank:


Originator Bank Information:
GF Nbr:MitsinicosRegarding: Nicholaos Mitsinicos
                            * * *
Bank to Bank and all other FRB info fields


*****E-MAIL REPLIES WILL BE RETURNED AS UNDELIVERABLE*****
                            * * *
=============================================================


10

# EXHIBIT 10

Jul. 25. 2008  6:37PM    Liberty Mortgage                    No. 7457   P. 16

# Venture Title Group, LLC

**100 Mallard Creek Road**
**Suite 400**
**Louisville, KY 40207**

## Wiring Instructions

**Bank Name:**        National City Bank

**ABA/Routing:**      083000056

**Account Name:**     Venture Title Group

**Account #:**        ███████████

**Reference:**        Commitment #2199-1000001468 - Cravens ✓

Henry, Stephen

From:            Wireroom@texascapitalbank.com
Sent:            Monday, July 28, 2008 5:00 PM
To:              Mortgage Warehousing
Subject:         [Cust Out Wire Advice - eMail] Message ID:080728165639XI02 Advice Code:OTCSADEM


                    TEXAS CAPITAL BANK
                Outgoing Wire Transfer Advice
                    E-mail Receipt
========================================================

Dear Customer:  WAREHOUSE LENDING

This e-mail notification serves as immediate notification, that the following wire
transfer was originated from account number ███████████.  If you have any questions,
please contact the wire transfer department at 972-560-4572.

Dollar Amount:    $241064.40

                          * * *
Sender Reference:  080728165639XI02
DATE:              2008-07-28 00:00:00
TIME:              16:59:44

FED Reference:     20080728K1B7041C000704

Receiver ABA:      083000056
Receiver Name:     National City Bank
                          * * *
Beneficiary:
Venture Title Group, LLC

Beneficiary Bank:


Originator Bank Information:
GF Nbr:CravensRegarding: John Cravens
                          * * *
Bank to Bank and all other FRB info fields



*****E-MAIL REPLIES WILL BE RETURNED AS UNDELIVERABLE*****
                          * * *
========================================================


7

# EXHIBIT 11

Aug. 6. 2008  3:03PM   Liberty Mortgage

No. 7588   P. 20

# Venture Title Group, LLC

100 Mallard Creek Road
Suite 400
Louisville, KY 40207

OK

## Wiring Instructions

**Bank Name:**   National City Bank

**ABA/Routing:**   083000056

**Account Name:**   Venture Title Group

**Account #:**   ██████████

**Reference:**   Commitment #2199-1000001687 - Verrett

Gray, Carole

| | |
|---|---|
| From: | Wireroom@texascapitalbank.com |
| Sent: | Wednesday, August 06, 2008 4:33 PM |
| To: | Mortgage Warehousing |
| Subject: | [Cust Out Wire Advice - eMail] Message ID:080806163213XI04 Advice Code:OTCSADEM |

TEXAS CAPITAL BANK
Outgoing Wire Transfer Advice
E-mail Receipt

Dear Customer:  WAREHOUSE LENDING

This e-mail notification serves as immediate notification, that the following wire transfer was originated from account number ███████████. If you have any questions, please contact the wire transfer department at 972-560-4572.

Dollar Amount:   $274005.62

                   * * *

Sender Reference: 080806163213XI04
DATE:      2008-08-06 00:00:00
TIME:      16:32:13

FED Reference:   20080806K1B7041C000581

Receiver ABA:    083000056
Receiver Name:   National City Bank

           * * *

Beneficiary:
Venture Title Group, LLC

Beneficiary Bank:


Originator Bank Information:
GF Nbr:21991000001687VerretRegarding: Troy Verrett
           * * *

Bank to Bank and all other FRB info fields


*****E-MAIL REPLIES WILL BE RETURNED AS UNDELIVERABLE*****

                   * * *

1